UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SCHOMAKER,

    Plaintiff,

v.

    Case No. 1:24-cv-966

    Hon. Hala Y. Jarbou

KATHRYN JOBLONSKI, et al.,

    Defendants.
_____/

**ORDER**

In accordance with the opinion entered this date:

**IT IS ORDERED** that Plaintiff's objections (ECF No. 94) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the report and recommendation (ECF No. 89) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a temporary restraining order and preliminary injunction (ECF No. 53) is **DENIED**.

**IT IS FURTHER ORDERED** that proceedings related to Plaintiff's claims against Defendants the City of East Lansing, Timothy Schultz, John Newman, and E. Scott Weaver are **STAYED** pending the outcome of the related state proceedings.

**IT IS FURTHER ORDERED** that the parties are directed to file a status update with the Court when the related state proceedings have concluded.

Dated: October 17, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE